```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                      :     INDICTMENT
                                              :
            - v. -                            :     23 Cr.
                                              :
ROBERTO VEGA,                                 :
                                              :
            Defendant.                        :     23 CRIM 112
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### COUNT ONE
**(Assaulting an Employee of the United States)**

The Grand Jury charges:

1. On or about November 7, 2022, in the Southern District of New York and elsewhere, ROBERTO VEGA, the defendant, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, made physical contact with the victim of the assault and inflicted bodily injury, to wit, VEGA forcibly assaulted a United States postal carrier.

(Title 18, United States Code, Sections 111(a)(1) and (b).)

_____  
FOREPERSON

_Damian Williams_  
DAMIAN WILLIAMS  
United States Attorney