```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    23cr112 (DLC)
                                         :
             -v-                         :    ORDER
                                         :
ROBERTO VEGA,                            :
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    As set forth on the record at the conference held on March 7, 2023, it is hereby

    ORDERED that retained counsel Geoffrey Stewart is relieved and Marisa Cabrera of the Federal Defenders of New York is appointed to represent the defendant.

    SO ORDERED:

Dated:    New York, New York
          March 7, 2023

                                          DENISE COTE
                              United States District Judge