UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                                 :
UNITED STATES OF AMERICA,          :
                                                 :
              -v-                       :          23cr112(DLC)
                                                 :
ROBERTO VEGA,                        :           ORDER
                                                 :
                    Defendant.     :
                                                 :
-------------------------------------X
DENISE COTE, District Judge:

    Having received the Government's letter of April 20, 2023, it is hereby

    ORDERED that the defendant in this matter is scheduled to enter a change of plea on April 21 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           April 20, 2023

                                        _____
                                              DENISE COTE
                                     United States District Judge